In the Matter of EDWIN H. GREENLEAF, Appellant, against JONAH J. GOLDSTEIN, a Judge of the Court of General Sessions of the County of New York, Respondent.

Argued October 6, 1943; decided November 18, 1943.

*Neile F. Towner* and *Jeremiah T. Mahoney* for appellant.

*Frank S. Hogan, District Attorney (Stanley H. Fuld* and *Richard G. Denzer* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.